IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

MICHAEL C. DONOVAN,

       Appellant,

 v.

STATE OF FLORIDA,

       Appellee.

_____/

Case No.  5D22-908
LT Case No. 2007-MH-19713

Decision filed November 29, 2022

Appeal from the Circuit Court
for Brevard County,
Christina Serrano, Judge.

Matthew J. Metz, Public Defender,
and Susan A. Fagan, Assistant
Public Defender, Daytona Beach, for
Appellant.

Michael C. Donovan, Arcadia, pro
se.

Ashley Moody, Attorney General,
Tallahassee, and Douglas T. Squire,
Assistant Attorney General, Daytona
Beach, for Appellee.

PER CURIAM.

     AFFIRMED.

LAMBERT, C.J., EVANDER and EISNAUGLE, JJ., concur.